The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except a provided by local rules of court. The form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of the Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

(b) COUNTY OF RESIDENCE OF FIRST PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

MARJORIE SLABAUGH; THE ESTATE OF DAVID E. SLABAUGH; SLABAUGH TRUCKING, INC., doing business as Slabaugh Trucking, Ltd.; MERWIN D. SLABAUGH, as Trustee of the KALONA TRUST; and IOWA DEPARTMENT OF REVENUE

(b) COUNTY OF RESIDENCE OF FIRST DEFENDANT_____
(EXCEPT IN U.S. PLAINTIFF CASES)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)
LAQUITA TAYLOR-PHILLIPS, TRIAL ATTORNEY
TAX DIVISION, U.S. DEPARTMENT OF JUSTICE
P.O. BOX 7238, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044    (202) 305-7945

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX)

☒1  U.S. Government Plaintiff
☐2  U.S. Government Defendant
☐3  Federal Question (U.S. Government Not a Party)
☐4  Diversity (Indicate Citizenship of Parties in Item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated or Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN X IN ONE BOX)

☒1. Original Proceeding
☐2. Removed from State Court
☐3. Remanded from Appellate Court
☐4. Reinstated or Reopened
☐5. Transferred from another District (specify)
☐6. Multi district Litigation
☐7. Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 U.S.C. 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane ☐362 Personal Injury -- Med. Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 U.S.C. 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐625 Drug Related Seizure of Prop. 21 USC 881 |  | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault, Libel & Slander ☐365 Personal Injury -- Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpymt & Enforcement of Jgmt | ☐330 Federal Employers' Liability ☐368 Asbestos Personal Injury Product Liability | ☐640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced & Corrupt Org. |
| ☐152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐345 Marine Product Liability | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpmt of Veteran's Benefits | ☐350 Motor Vehicle **PERSONAL PROPERTY** ☐370 Other Fraud | ☐690 Other |  | ☐850 Sec./Com./ Exchge |
| ☐160 Stockholders Suits | ☐371 Truth in Lending |  | **SOCIAL SECURITY** | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐355 Motor Vehicle Product Liability ☐380 Other Personal Property Damage | **LABOR** | ☐861 HIA(1395ff) | ☐881 Agricultural Acts |
| ☐195 Contract Product Liability | ☐360 Other Personal Injury ☐385 Property Damage Product Liability | ☐710 Fair Labor Standards Act | ☐862 Black Lung (923) | ☐882 Economic Stabilization Act |
|  |  | ☐720 Labor/Mgmt. Relations | ☐863 DIWC/DIWW (405(g)) | ☐893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐730 Labor/Mgmt. Reporting & Disclosure Act | ☐864 SSID TitleXVI | ☐894 Energy Allocation Act |
| ☐210 Land Condemnation | ☐441 Voting ☐510 Motions to Vacate Sentence | ☐790 Other Labor Litigation | ☐865 RSI(405(g)) | ☐895 Freedom of Inf. Act |
| ☐220 Foreclosure | ☐442 Employment **HABEAS CORPUS** | ☐791 Empl. Ret. Inc. Security Act |  | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/ Accommodations ☐530 General |  | **FEDERAL TAX SUITS** |  |
| ☐240 Torts to Land | ☐444 Welfare ☐535 Death Penalty |  | ☒870 Taxes (U.S. Plf. or Def) |  |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights ☐540 Mandamus & Other |  | ☐871 IRS -- Third Party 28 U.S.C. 7609 | ☐950 Constitutionality of State Statutes |
| ☐290 All Other Real Property | ☐550 Civil Rights ☐555 Prison Condition |  |  | ☐890 Other Statutory Actions |

## VI. CAUSE OF ACTION - (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

26 U.S.C. §§ 7402 and 7403 - Action to reduce to judgment the federal tax assessments against defendants and foreclose federal tax liens.

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ 153,895.35 (plus interest and additions)

Check YES only if demanded in complaint:
JURY DEMAND  ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  August 4, 2009    SIGNATURE OF ATTORNEY OF RECORD: *LaQuita Taylor-Phillips*

4504155.1